# RETURN OF SERVICE

# UNITED STATES DISTRICT COURT
## Middle District of Florida

Case Number: 8:10CV270226EAJ

**FILED**

2010 DEC 21  PM 2:26

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA, FLORIDA

Plaintiff:
**Anthony Mason**

vs.

Defendant:
**GTE Federal Credit Union**

For:
Ian R. Leavengood, Esq.
Leavengood & Nash, P.A.
2958 1st Avenue North
St. Petersburg, FL 33713

Received by The Lazo Agency on the 11th day of December, 2010 at 11:33 am to be served on **GTE Federal Credit Union Joseph Brancucci, CEO, 711 East Henderson Avenue, Tampa, FL 33602.**

I, Douglas Bauer, do hereby affirm that on the **15th day of December, 2010 at 10:50 am**, I:

Served the within named corporation by delivering a true copy of the **Summons, Verified, Exhibits** with the date and hour of service endorsed thereon by me to **Debbie Harris** who stated they are an **EMPLOYEE OF THE REGISTERED AGENT** for the within named corporation who further stated that the Registered Agent is not present and in his/her absence has been authorized to accept the service of Legal Process in compliance with Florida State Statutes 48.081(3a).

**Additional Information pertaining to this Service:**
Upon inquiry Talent Representative Debbie Harris stated she is the designated and authorized person to accept process for GTE Federal Credit Union. Service effected at this time.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process *Server, in good standing*, in the judicial circuit in which the process was served.

Under Penalties of Perjury, I declare I have read the foregoing document and the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2)

_____
Douglas Bauer
CPS 07-842672

The Lazo Agency
6822 22nd Avenue N. #352
St. Petersburg, FL 33710
(727) 381-9362

Our Job Serial Number: EAL-2010006203
Ref: 10-00632

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| Anthony Mason )<br><br>_Plaintiff_ )<br>v. )<br>GTE Federal Credit Union, et al. )<br><br>_Defendant_ ) | Civil Action No. 8:10 CV 2702 T 26 EAJ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  GTE Federal Credit Union
Joseph Brancucci, CEO
711 East Henderson Avenue
Tampa, FL 33602

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Ian R. Leavengood, Esq.
Leavengood, Nash, Dauval & Boyle, PA
2958 First Avenue North
St. Petersburg, FL 33713

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: DEC 03 2010

_Signature of Clerk or Deputy Clerk_