**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

ANTHONY MASON,
an individual,                                                                  Case No. 8:10-cv-02702-RAL-EAJ

      Plaintiff,
v.

GTE FEDERAL CREDIT UNION,
a federally chartered credit union, et al.,

      Defendants.
_____/

**NOTICE OF SERVING NOTICE OF
DESIGNATION UNDER LOCAL RULE 3.05**

      Plaintiff, ANTHONY MASON, by and through undersigned counsel, hereby gives notice of serving the *Related Case Order, Interested Persons Order, Order Requiring Electronic Filing and Notice of Track Designation* and attachments [Dkt. 3] on Defendants, GTE Federal Credit Union and Valentine & Kebartas, Inc.

      Respectfully Submitted,

      **LEAVENGOOD & NASH**

      /s/ Ian R. Leavengood
      **Ian R. Leavengood, Esq., FBN 0010167**
      Lead Trial Counsel
      2958 First Avenue North
      St. Petersburg, FL 33713
      Phone: (727) 327-3328
      Fax: (727) 327-3305
      ileavengood@leavenlaw.com
      Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing *Notice of Serving Notice of Designation Under Local Rule 3.05* with the Clerk of the Court by using the CM/ECF system. I further certify that the *Related Case Order, Interested Persons Order, Order Requiring Electronic Filing and Notice of Track Designation* with attachments was delivered via Process Server on December 11, 2010 to GTE Federal Credit Union, Joseph Brancucci, 711 East Henderson Avenue, Tampa, Florida 33602, and on December 21, 2010 to Valentine & Kebartas, 15 Union Street, Lawrence, MA 01840.
.

/s/ Ian R. Leavengood
Attorney