## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ANTHONY MASON,

      Plaintiff,

v.                             CASE NO:  8:10-cv-2702-T-26EAJ

GTE FEDERAL CREDIT UNION,

      Defendant.

_____/

### O R D E R

      Upon due consideration, it is ordered and adjudged that Plaintiff's Motion for Entry of Final Default Judgment (Dkt. 16) with regard to defaulted Defendant Valentine & Kebartas, Inc., is denied without prejudice.  The Court is unable to ascertain how much of the attorney time expended in this case was attributable solely to the case involving the defaulted Defendant.  Plaintiff's counsel may refile the motion.

      **DONE AND ORDERED** at Tampa, Florida, on January 21, 2011.


                    *s/Richard A. Lazzara*_____
                    **RICHARD A. LAZZARA**
                    **UNITED STATES DISTRICT JUDGE**


**COPIES FURNISHED TO**:
Counsel of Record