**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ANTHONY MASON,
an individual,                                                      Case No. 8:10-cv-02702-RAL-EAJ

      Plaintiff,

v.

GTE FEDERAL CREDIT UNION,
a federally chartered credit union, et al.,

      Defendants.
_____/

**NOTICE OF PENDING SETTLEMENT AS TO**
**DEFENDANT GTE FEDERAL CREDIT UNION**

      Plaintiff, ANTHONY MASON, by and through his undersigned counsel and pursuant to Middle District of Florida, Local Rule 3.08, hereby submits this *Notice of Pending Settlement as to Defendant GTE Federal Credit Union* and states that Plaintiff and Defendant, GTE FEDERAL CREDIT UNION, have reached a verbal settlement with regard to all claims in this case, and the parties are presently drafting, finalizing, and executing the written settlement agreement and release of liability. Upon execution of a mutually agreeable settlement agreement and release, undersigned counsel will execute and file a Notice of Settlement and Stipulation for Dismissal with Prejudice as to GTE Federal Credit Union.

      Submitted this 16th day of February 2011.

      Respectfully Submitted,

      **LEAVENGOOD & NASH**

      /s/ Ian R. Leavengood
      **Ian R. Leavengood, Esq., FBN 0010167**
      2958 First Avenue North
      St. Petersburg, FL 33713

Phone: (727) 327-3328
Fax: (727) 327-3305
ileavengood@leavenlaw.com
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing *Notice of Pending Settlement as to Defendant GTE Federal Credit Union* has been furnished by U.S. Mail this 16th day of February 2011 to:

Mr. Neil C. Spector
Kass Shuler
PO Box 800
Tampa, FL 33601

Valentine & Kebartas, Inc.
15 Union Street
Lawrence, MA 01840


/s/ Ian R. Leavengood
Attorney