UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANTHONY MASON,

    Plaintiff,

v.                                       CASE NO:  8:10-cv-2702-T-26EAJ

GTE FEDERAL CREDIT UNION,

    Defendant.

_____/

## O R D E R

The Court has been advised by **Plaintiff** that the above-styled action has been settled.  (See Dkt. 19.)  Accordingly, pursuant to Local Rule 3.08(b), M.D.Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  Any pending motions are **denied** as moot and

the Clerk is **directed** to close the file as to Defendant GTE Federal Credit Union.

**DONE AND ORDERED** at Tampa, Florida, on February 28, 2011.


s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**


**COPIES FURNISHED TO**:
Counsel of Record